SPENCER & CO. v. UNITED STATES.   (Circuit Court of Appeals, Second Circuit.   January 11, 1907.)   No. 118 (3,953).   Appeal from the Circuit Court of the United States for the Southern District of New York.   For decision below, see 143 Fed. 916, affirming a decision of the Board of United States General Appraisers (G. A. 5,943; T. D. 26,090), which affirmed the assessment of duty by the collector of customs at the port of New York.   Comstock & Washburn (Albert H. Washburn, of counsel), for importers.   J. Osgood Nichols, Asst. U. S. Atty.   Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM.   Decree affirmed, on opinion of Circuit Court and Board of General Appraisers.

---

THE TENEDOS.   (Circuit Court of Appeals, Second Circuit.   January 7, 1907.)   Nos. 110–114.   Appeals from the District Court of the United States for the Southern District of New York.   Harrington Putnam, for appellants.   Lawrence Kneeland, J. Tanner, and Black & Kneeland, for appellee.   Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM.   Decrees of District Court (137 Fed. 443) affirmed, with interest and costs, upon opinion of Judge Holt.

---

UNITED STATES v. PLOWMAN.   (Circuit Court of Appeals, Ninth Circuit.   February 4, 1907.)   No. 1,328.   In Error to the District Court of the United States for the Central Division of the District of Idaho.   N. M. Ruick, U. S. Atty.   Fremont Wood and W. E. Borah, for defendant in error.   Before GILBERT, ROSS, and MORROW, Circuit Judges.

ROSS, Circuit Judge.   It is conceded in the brief for the government that the facts in this case are substantially identical with those presented in the cases of United States v. Basic Company, 121 Fed. 504, 57 C. C. A. 624, and United States v. Rossi, 133 Fed. 380, 66 C. C. A. 442; and as the points of law again argued by counsel for the government in the present case were considered and disposed of by us in the cases cited, we affirm the judgment on the authority of those cases.   The judgment is affirmed.

---

UNITED STATES v. SPENCER & CO.   (Circuit Court of Appeals, Second Circuit.   January 18, 1907.)   No. 141 (3,973).   Appeal from the Circuit Court of the United States for the Southern District of New York.   For decision below, see 146 Fed. 112, reversing a decision of the Board of United States General Appraisers, which had affirmed the assessment of duty by the collector of customs at the port of New York.   J. Osgood Nichols, Asst. U. S. Atty.   Comstock & Washburn (J. Stuart Tompkins, of counsel), for importers.   Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM.   Decree affirmed in open court.